UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Don George

Vs.

Allstate Insurance

Case No. 4:22-CV00532-MTS

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's office

### Option 1

( )   The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline : _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

### Option 2

(X)   An ADR conference was held on: May 30, 2023.

All required individuals, parties, counsel of record, corporate representatives, and/or claim professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claim professionals failed to appear and/or participate in good faith as ordered:
_____.

The ADR referral was concluded on May 30, 2023.
The parties [X ) did ( ) did not] achieve a settlement. Check one.

### Option 3

( )   Although this case was referred to ADR, a conference WAS NOT HELD.

Date: 5/30/23          Neutral: [signature]